Telephone 815-733-6135                                                                 Fax 815-733-6136

## Fastpace Process & Investigations Inc.
## Agency License No. 117-001567

Case No. 13 CV 1410

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Joe Sanfratello, a special appointed process server, an agent of Fastpace Process & Investigations Department of Professional Regulation number 117-001567 on oath states

I. That he/she served the within **Summons and a Copy of the Complaint** on the within named defendant,

**Halsted Financial Services, LLC By/ R.A. Syed Ali**

by leaving a copy of each with the said defendant personally on **June 19, 2013 at 9:30 A.M.**

II. (a) That the sex, race and approximate age of the defendant or other person with whom he left the Process are as follows:  Sex: Male    Race: Middle Eastern    Approximate Age: 28

(b) That the place where (if possible in terms of an exact street address) when the Process was left with the defendant is as follows:

Place: 8548 Karlov Avenue, Skokie, IL 60076

Comments.   Male, Middle Eastern, 6'0 180lbs Black hair approximately 28yrs

_____
Special Process Server Signature

Signed and sworn before me on this ___20___
day of ____June____, 20_13_

_____
Notary public

OFFICIAL SEAL
ROBIN SANFRATELLO
Notary Public - State of Illinois
My Commission Expires Feb 4, 2017

OFFICIAL SEAL
ROBIN SANFRATELLO
Notary Public - State of Illinois
My Commission Expires Feb 4, 2017